130 So.2d 354

H. C. WILLIAMS

v.

STATE.

4 Div. 67.

Supreme Court of Alabama.

May 25, 1961.

MacDonald Gallion, Atty. Gen., and Jerry L. Coe, Asst. Atty. Gen., for petitioner.

Curtis & Samples, Phenix City, opposed.

SIMPSON, Justice.

Petition of the State for certiorari to the Court of Appeals to review and revise the judgment and decision in Williams v. State, 130 So.2d 351.

Writ denied.

LIVINGSTON, C. J., and GOODWYN and COLEMAN, JJ., concur.

133 So.2d 708

Willie J. WILLIS

v.

CITY OF BIRMINGHAM.

6 Div. 760.

Supreme Court of Alabama.

Sept. 14, 1961.

Rehearing Denied Nov. 2, 1961.

Arthur D. Shores, Peter A. Hall, Orzell Billingsley Jr., Oscar W. Adams, Jr., and J. Richmond Pearson, Birmingham, for petitioner.

Watts E. Davis and Wm. C. Walker, Birmingham, opposed.

GOODWYN, Justice.

Petition of Willie J. Willis for certiorari to the Court of Appeals to review and revise the judgment and decision in Willis v. City of Birmingham, 133 So.2d 708.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and COLEMAN, JJ., concur.